

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    *Warwick Oil & Gas, Inc., Warwick Oil & Gas, Inc., Reserve Royalty Corporation, Thomas Christopher Knowles, and Fran Michael v. FBS Properties, Inc.*

Appellate case number:    01-14-00290-CV

Trial court case number:    2012-33816

Trial court:    164th District Court of Harris County

It is **ordered** that Appellants' Motion for En Banc Reconsideration is denied.

Judge's signature:    /s/ Rebeca Huddle
                    Acting for the En Banc Court*

Date: /s/ August 25, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.